**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-6068**

─────────

RONALD L. DORSEY,

                                      Plaintiff - Appellant,

    versus

CORRECTIONS CORPORATION OF AMERICA, Owner of
LVCC; GARNER, Nurse/Head Nurse, Administrator;
C. CREATH, Nurse/RN,

                                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-00-538)

─────────

Submitted: April 25, 2002            Decided: May 6, 2002

─────────

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Ronald L. Dorsey, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald L. Dorsey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dorsey v. Corrections Corp.</u>, No. CA-00-538 (E.D. Va. Dec. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2